ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
MAX B. SHINDER (Cal. Bar No. 187125)
Assistant United States Attorneys
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephones: (213) 894-3380/3308
     Facsimile:  (213) 894-3713
     E-mails:    justin.rhoades@usdoj.gov
                 max.shiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

cc: PSA - LA
cc: USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-935-R |
|---|---|
| Plaintiff, | ORDER REGARDING (1) SEVERANCE; (2) CONTINUANCE OF TRIAL DATE; AND (3) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT FOR DEFENDANTS AZALEA ABAYARI AND JENNIFER MARTINEZ |
| v. | |
| ARTHUR DELVALLE, *et al.*, | |
| Defendants. | **[PROPOSED] TRIAL DATE: 09-24-13** |

The Court has read and considered the Stipulation Regarding (1) Severance; (2) Continuance of Trial Date; and (3) Findings of Excludable Time Periods Pursuant to Speedy Trial Act for defendants AZALEA ABAYARI and JENNIFER MARTINEZ (collectively, "defendants"), which was filed on August 24, 2012.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause to sever defendants' trial from the trial of their co-defendants, demonstrates facts that support continuing the trial date in this matter, and provides good cause for a finding

1

1  of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §
2  3161.
3       The Court further finds that: (i) failure to grant the
4  requested severance would result in prejudice to defendants; and
5  (ii) the ends of justice served by granting the severance and
6  proposed continuance outweigh the best interest of the public and
7  defendants in a speedy trial.
8       THEREFORE, FOR GOOD CAUSE SHOWN:
9       **1.**   The trial for defendants ABAYARI and MARTINEZ is severed
10 from the trial of all other co-defendants and continued to **September**
11 **24, 2013 at 9:00 A.M.**
12      2.   The time period of September 25, 2012 to September 24,
13 2013, inclusive, is excluded in computing the time within which the
14 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(A),
15 (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii).
16      3.   Nothing in this Order shall preclude a finding that other
17 provisions of the Speedy Trial Act dictate that additional time
18 periods are excluded from the period within which trial must
19 commence.  Moreover, the same provisions and/or other provisions of
20 the Speedy Trial Act may in the future authorize further exclusions
21 from the period within which trial must commence.
22      IT IS SO ORDERED.

August 27, 2012
DATE                                    HONORABLE MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
JUSTIN R. RHOADES
Assistant United States Attorney

2